# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16CR03049 |
| vs. | |
| JOSHUA MICHAEL HUFF, | DETENTION ORDER |
| Defendant. | |

The defendant was afforded an opportunity for a hearing, but agreed to be detained without a hearing. The defendant has therefore failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant will appear at court proceedings and will not pose a danger to the safety of any person or the community if released. The Court's findings are based on the allegations within the Petition.

Accordingly,

IT IS ORDERED:

1) The defendant shall be returned to state custody for confinement on state charges.

2) Upon release from state custody, the U.S. Marshal is commanded to take custody of the above-named defendant for further proceedings in this court.

3) The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

April 8, 2016.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge