IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:16CR3049** |
| vs. | |
| JOSHUA MICHAEL HUFF, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1. The Defendant's unopposed Motion to Continue violation of supervised release hearing (filing 16) is granted.

2. Defendant Joshua Michael Huff's violation of supervised release hearing is continued to July 21, 2016, at 9:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 29th day of June, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge