## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:16CR3049** |
| vs. | |
| JOSHUA MICHAEL HUFF, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1.    The Defendant's unopposed Motion to Continue violation of supervised release hearing (filing 18) is granted.

2.    Defendant Joshua Michael Huff's violation of supervised release hearing is continued to August 8, 2016, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 20th day of July, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge