IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16CR3049 |
| vs. | |
| JOSHUA MICHAEL HUFF, | ORDER |
| Defendant. | |

IT IS ORDERED that:

1. The Defendant's Unopposed Motion to Continue Revocation Hearing (filing 43) is granted.

2. Defendant Joshua Michael Huff's violation of supervised release hearing is continued to February 28, 2018, at 11:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 20th day of December, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge