IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16CR3049 |
| vs. | |
| JOSHUA MICHAEL HUFF, | ORDER |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Revocation Hearing (filing 69) is granted.

2. Defendant Joshua Michael Huff's violation of supervised release hearing is continued to December 19, 2018, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 15th day of November, 2018.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge